UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERREN D. JONES**                                                             **PLAINTIFF**

**v.**                                **CASE NO. 4:09cv00469 BSM**

**AUSTIN POWDER COMPANY**                                **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Jerren D. Jones requests that this case be dismissed with prejudice due to settlement. [Doc. No. 24].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE